**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1226

WAYNE P. RALEY,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA; BOARD OF SUPERVISORS FOR PRINCE
GEORGE COUNTY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:08-cv-00620-HEH)

Submitted: August 20, 2009          Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wayne Raley, Appellant Pro Se. George Walerian Chabalewski,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Robert A. Dybing, THOMPSON MCMULLAN PC, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne P. Raley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Raley v. Commonwealth of VA</u>, No. 3:08-cv-00620-HEH (E.D. Va. Feb. 3 & 10, 2009). We deny Raley's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>